# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Richard Allen Tinsley** <br> DOB: xx-xx-1956; United States Citizen | DOCKET NO. <br> 13-05330M <br><br> MAGISTRATE'S CASE NO. <br> 13-05330M |

Complaint for violation of Title 8 United States Code §§1324(a)(1)(A)(iii) & 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 20, 2013, at or near Douglas, in the District of Arizona, **Richard Allen Tinsley** knowing and in reckless disregard of the fact that illegal aliens, Jose Murrieta, Jose Alfredo Jimenez-Moreno, Jairo Hernandez-Flores, Juan Carlos Rivera-Alva and Aileth Romero, had come to, entered and remained in the United States in violation of law, did attempt to conceal, harbor, or shield from detection said aliens within the United States in any place, including any building or any means of transportation and otherwise in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about February 20, 2013, at or near Douglas, Arizona, a Cochise County Sheriff's (CCSO) deputy stopped a gray Mercury Sable with a driver and four passengers. Border Patrol agents arrived and questioned the occupants of the Mercury. The four passengers, including Jairo Hernandez-Flores, Juan Carlos Rivera-Alva and Aileth Romero admitted that they were not citizens or nationals of the U.S. and that they did not possess documents to be in the U.S. legally. After *Miranda* was waived, the driver of the Mercury agreed to identify the residence from which he picked up the illegal aliens.

Agents responded to the residence and knocked on the door. **Richard Allen Tinsley** answered the door and gave the agent consent to search the residence. The agent found an individual attempting to hide underneath a bed sheet in the living room. The individual admitted he was not a citizen or national of the U.S. and that he did not possess documents to be in the U.S. legally. After Miranda was waived, **Tinsley** stated there were approximately ten illegal aliens inside the residence. Agents found a total of eight individuals, including Jose Murrieta and Jose Alfredo Jimenez-Moreno, in the residence. Both individuals admitted that they were not citizens or nationals of the U.S. and that they did not possess documents to be in the U.S. legally

**BASIS OF COMPLAINANT'S CHARGE CONTINUED ON REVERSE:**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Jose Murrieta, Jose Alfredo Jimenez-Moreno, Jairo Hernandez-Flores, Juan Carlos Rivera-Alva and Aileth Romero

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br> AUTHORIZED BY: AUSA DPF | SIGNATURE OF COMPLAINANT <br> *[signature]* <br> OFFICIAL TITLE <br> US Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] <br> *Leslie A. Bowman* | DATE <br> February 22, 2013 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

The material witnesses stated they made arrangements in Mexico to be smuggled into the United States illegally and agreed to pay money. The witnesses stated after crossing the international boundary fence they were guided to a residence. All witnesses, with the exception of Juan Carlos Rivera-Alva and Aileth Romero, positively identified **Tinsley** as the caretaker of the residence through a photo line-up. Jose Murrieta stated **Tinsley** provided him with food at the residence. Jose Alfredo Jimenez-Moreno stated **Tinsley** picked him up in a grey Ford Taurus and transported him to the residence. Jairo Hernandez-Flores stated **Tinsley** instructed him to exit the residence and enter a sedan.