UNITED STATES DISTRICT COURT                                    MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE:  2/22/2013          CASE NUMBER:    13-05330M-(HCE)

USA vs.  Richard Allen Tinsley

U.S. MAGISTRATE JUDGE:  LESLIE A. BOWMAN  Judge #: 70BX

U.S. Attorney  David Flannigan (duty) for John Granoff          INTERPRETER REQ'D   N/A

Attorney for Defendant  Kathleen Williamson (CJA)

INITIAL APP: ☒ HELD   DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☐ RELEASED   ☒ CUSTODY

☒ Complaint Filed  ☒ DOA  2/20/13          ☐ Warrant Other District          ☐ Financial Afdvt taken
                                            ☐ Warrant Phx Div.                ☐ No Financial Afdvt taken
                                            ☐ Counsel waives reading of the Complaint/Indictment
                                            ☐ ORDER Indictment/Complaint unsealed

☒ Defendant states true name to be      SAME  .
   Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f)
   is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ 18§ 3142(f) ☐ 18§ 3142(d)

PSA recommends    Release                                              ; Gov't ☐ concurs ☐ objects
GOVERNMENT recommends    No objection to release

☒ Court accepts recommendation by  Pretrial Services

Bail set at $   OWN RECOGNIZANCE

☒ Defendant advised on the record and signed Order Setting Conditions of Release and released on  judge's signature.

| **DETENTION HEARING**: ☒ Held ☐ Cont'd ☐ UA<br>Set for:<br>before: | **PRELIMINARY HEARING**: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ Probable cause found ☐ Held to answer before Dist. Court |
| ☐ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| **ARRAIGNMENT**   Set for | before: |

OTHER:   Kathleen Williamson, CJA is appointed as counsel of record.

Recorded by Courtsmart          IA:  0
BY:  Armida Butler             **DH: 0**
Deputy Clerk                   **PH: 0**
                               Start time:  2:39
                               Stop time:  3:33