PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State  
Office of Passport Services  
Legal Affairs Division  
2100 Pennsylvania Avenue, NW, 3rd Floor  
Washington, DC 20037

**FROM:** United States Pretrial Services  
401 West Washington St. #260  
Phoenix, AZ 85003

☒ **Original Notice**  ☐ **Notice of Disposition**

**Date:** 2/22/2013  
**By:** Suzette Frisby

**Date:**  
**By:**

Defendant: TINSLEY, Richard Allen  
Date of Birth: 1956  
SSN: xxx-xx-3197

Case Number: 4:13M05330-001  
Place of Birth: Douglas, Arizona

**Notice of Court Order** (Order Date: 2/22/2013 )

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☐ The above-named defendant surrendered passport number  and/or passport card number  to the custody of the U.S. Pretrial Services on .

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**  
Original to case file  
Department of State  
Defendant *(or representative)*  
Clerk of Court